# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 110 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CLINTON ROBINSON, | : | |
| | : | |
| Petitioner | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.